1
2
3
4
5
6
7                             **UNITED STATES DISTRICT COURT**
8                          **EASTERN DISTRICT OF CALIFORNIA**
9
10

| | |
|---|---|
| 11 DAVID ANTHONY ESPARZA, | Case No. 1:13-cv-01394-LJO-SKO-HC |
| 12        Petitioner, | ORDER RE: FINDINGS AND RECOMMENDATIONS (DOC. 6) |
| 13    v. | ORDER DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS AS SUCCESSIVE |
| 14 | (DOC. 1), DECLINING TO ISSUE A CERTIFICATE OF APPEALABILITY, AND |
| 15 CONNIE GIPSON, | DIRECTING THE CLERK TO CLOSE THE CASE |
| 16      Respondent. | |

17

18

19     Petitioner is a state prisoner proceeding pro se and in forma

20 pauperis with a petition for writ of habeas corpus pursuant to 28

21 U.S.C. § 2254.  The matter was referred to the Magistrate Judge

22 pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 through 304.

23     On September 17, 2013, the Magistrate Judge filed findings and

24 recommendations to dismiss the petition for writ of habeas corpus as

25 successive.  The findings and recommendations were served on all

26 parties on the same date.  The findings and recommendations advised

27 the parties that objections could be filed within thirty days and

28 replies within fourteen days after the filing of objections.

Although the thirty-day period for the filing of objections has passed, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the report and recommendations are supported by the record and proper analysis. Thus, the Court will adopt the findings and recommendations in full.

Accordingly, it is ORDERED that:

1) The findings and recommendations filed on September 17, 2013, are ADOPTED in full; and

2) The petition for writ of habeas corpus is DISMISSED as successive; and

3) The Court DECLINES to issue a certificate of appealability; and

4) The Clerk is DIRECTED to close this action because the dismissal will terminate the action in its entirety.


IT IS SO ORDERED.

Dated:   __October 31, 2013__          ____/s/ Lawrence J. O'Neill__
                                        UNITED STATES DISTRICT JUDGE